## ASSIGNMENT OF MORTGAGE

KNOW ALL BY THESE PRESENTS THAT **Mortgage Electronic Registration Systems, Inc., as nominee for Fieldstone Mortgage Company,** for valuable consideration paid, the receipt whereof is hereby acknowledged, does hereby sell, assign, transfer and set over to **JPMorgan Chase Bank, National Association, 7255 Baymeadows Way, Jacksonville, Florida 32256,** its successors and assigns, the said mortgage described hereinafter recorded in the Androscoggin County Registry of Deeds, and the notes, debts and claims secured thereby, and all its right, title and interest by virtue of said mortgage in and to the real estate therein described, with full power to collect and discharge the same or to dispose of the same in the name of the Assignor herein.

Borrower: Brian S. Eastman and Jeanine M. Eastman
Original Holder: Mortgage Electronic Registration Systems, Inc., as nominee for Fieldstone Mortgage Company
Date: April 2, 2004
Amount: $96,200.00
Book: 5860
Page: 248

Mortgage Electronic Registration
Systems, Inc., as nominee for
Fieldstone Mortgage Company

Dated: 2/23/09

By: _(signature)_
Title: Vice President
Type/Print Name: ELIZABETH BOULTON

STATE OF Florida
COUNTY OF Duval

Personally appeared before me this 23 day of FEB, 2009, the above-named ELIZABETH BOULTON Vice President on behalf of **Mortgage Electronic Registration Systems, Inc., as nominee for Fieldstone Mortgage Company** and acknowledged the foregoing to be his/her free act and deed in said capacity.

_(signature)_
Type/Print Name:
Notary Public
My Commission Expires:

DEBORAH A. MCNULTY
Notary Public - State of Florida
My Comm. Expires Jan 30, 2011
Commission # DD 851452
Bonded Through National Notary

08-009744
PROPERTY ADDRESS: 6 Fillion Street, Lisbon, ME 04250

ANDROSCOGGIN COUNTY
_(signature)_ Tina M. Chaunard
REGISTER OF DEEDS

EXHIBIT D