## ASSIGNMENT OF MORTGAGE

Contact **JPMORGAN CHASE BANK, N.A.** for this instrument 780 Kansas Lane, Suite A, Monroe, LA 71203, telephone # (866) 756-8747, which is responsible for receiving payments.
FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, WHOSE ADDRESS IS 700 Kansas Lane, MC 8000, MONROE, LA, 71203, (ASSIGNOR)**, by these presents does convey, grant, sell, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to **WILMINGTON TRUST COMPANY NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS SUCCESSOR TRUSTEE TO US BANK, N.A. AS TRUSTEE FOR MASTR ALTERNATIVE LOAN TRUST 2004-7, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-7, WHOSE ADDRESS IS 700 KANSAS LANE, MC 8000, MONROE, LA 71203 (866)756-8747, ITS SUCCESSORS OR ASSIGNS, (ASSIGNEE).**

Said Mortgage dated 04/02/2004, made by:
**BRIAN S. EASTMAN AND JEANINE M. EASTMAN**
to
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC AS NOMINEE FOR FIELDSTONE MORTGAGE COMPANY, CORPORATION**
and recorded on 04/09/2004 in Volume 5860, Page 248 in the office of the Recorder of ANDROSCOGGIN County, Maine.

IN WITNESS WHEREOF, this assignment was executed on __04 / 13__ /2012 (MM/DD/YYYY).

**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**

By: _Dina Shields_
    Dina Shields
    **VICE PRESIDENT**

STATE OF FLORIDA    COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me on __04 / 13__ /2012 (MM/DD/YYYY), by
_Dina Shields_ , as VICE PRESIDENT for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Miranda Avila
Notary Public - State of FLORIDA
Commission expires: 08/22/2014

> Miranda Avila
> Notary Public State of Florida
> My Commission # EE 019063
> Expires August 22, 2014

Instrument Prepared By/Return To: E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683
(800)346-9152



**EXHIBIT**

**E**