## ASSIGNMENT OF MORTGAGE

KNOW ALL BY THESE PRESENTS THAT Wilmington Trust Company not in its individual capacity but solely as Successor Trustee to US Bank, N.A. as Trustee for MASTR Alternative Loan Trust 2004-7, Mortgage Pass-Through Certificates, Series 2004-7, for valuable consideration paid, the receipt whereof is hereby acknowledged, does hereby sell, assign, transfer and set over to Citibank, NA as Trustee for WAMU Mortgage Pass-Through Certificates Series 2004-CB2, 7255 Baymeadows Way, Jacksonville, Florida 32256, the said mortgage described hereinafter recorded in the Androscoggin County Registry of Deeds, and all its right, title and interest by virtue of said mortgage in and to the real estate therein described, with full power to collect and discharge the same or to dispose of the same in the name of the Assignor herein.

Borrower: Brian S. Eastman and Jeanine M. Eastman
Original Holder: Mortgage Electronic Registration Systems, Inc., as nominee for Fieldstone Mortgage Company, Corporation, it's successors and assigns
Date: April 2, 2004
Amount: $96,200.00
Book: 5860
Page: 248

*JPMorgan Chase Bank, NA as Attorney-in-Fact for
*Wilmington Trust Company not in its individual capacity but solely as Successor Trustee to US Bank, N.A. as Trustee for MASTR Alternative Loan Trust 2004-7, Mortgage Pass-Through Certificates, Series 2004-7

Dated: 10/2/12

By: Heather Craft
Title: Vice President
Type/Print Name: Heather Craft

STATE OF Ohio
COUNTY OF Franklin

Personally appeared before me this 2nd day of October, 2012, the above-named Heather Craft, Vice President on behalf of Wilmington Trust Company not in its individual capacity but solely as Successor Trustee to US Bank, N.A. as Trustee for MASTR Alternative Loan Trust 2004-7, Mortgage Pass-Through Certificates, Series 2004-7 and acknowledged the foregoing to be his/her free act and deed in said capacity.

Cheryl A. Arnold
Notary Public, State of Ohio
My Commission Expires 05/23/16

Type/Print Name: Cheryl A. Arnold
Notary Public
My Commission Expires: 5/23/2016

PROPERTY ADDRESS: 6 Fillion Street, Lisbon, ME 04250

EXHIBIT F