## QUITCLAIM ASSIGNMENT

WHEREAS, Fieldstone Mortgage Company, is identified as the "Lender" on a certain mortgage executed by Brian S. Eastman and Jeanine M. Eastman, and bearing the date of April 2, 2004, securing the property located at 6 Fillion Street, Lisbon, in the County of Androscoggin and State of Maine and recorded in the Androscoggin County Registry of Deeds in Book 5860, Page 248 (hereinafter the "Mortgage");

WHEREAS, Lender wishes to convey and assign any and all rights it may have under the Mortgage to Citibank, NA, as trustee, for the WaMu Mortgage Pass-Through Certificates, Series 2004-CB2 ("Assignee"); and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, Lender hereby assigns and quit claims to Assignee all of its rights, title and interests (whatever they may be, if any) in the Mortgage to Assignee.

Fieldstone Mortgage Company

Teresa McDermott CFO, Planet Financial Group, successor to Fieldstone Mortgage Company

STATE OF *Maryland*
COUNTY OF *Howard* )

Subscribed before me, on *December 10*, 2021, by Teresa McDermott as CFO of Planet Financial Group, successor to Fieldstone Mortgage Company. She is personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument.

LINDA UGAST
NOTARY PUBLIC
FREDERICK COUNTY
MARYLAND
MY COMMISSION EXPIRES JAN. 3, 2022

Notary Public
My Commission expires: *Jan. 3, 2022*

EXHIBIT
G

TINA M. CHOUINARD, REGISTER
ANDROSCOGGIN COUNTY MAINE E-RECORDED