UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **Citibank, NA, as trustee, for the WaMu Mortgage Pass-Through Certificates, Series 2004-CB2** | CIVIL ACTION NO: 2:22-cv-00073-JAW |
| Plaintiff | **CONSENT JUDGMENT OF FORECLOSURE AND SALE** |
| v. | RE: 6 Fillion Street, Lisbon, ME 04252 |
| **Brian S. Eastman and Jeanine M. Eastman** | Mortgage: April 2, 2004 |
| Defendants | Book 5860, Page 248 Androscoggin County Registry of Deeds |

NOW COMES the Plaintiff, Citibank, NA, as trustee, for the WaMu Mortgage Pass-Through Certificates, Series 2004-CB2, and the Defendants, Brian S. Eastman and Jeanine M. Eastman, and hereby submit this Consent Judgment of Foreclosure and Sale.

**JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

. If the Defendants or their heirs or assigns pay Citibank, NA, as trustee, for the WaMu Mortgage Pass-Through Certificates, Series 2004-CB2 ("Citibank") the amount adjudged due and owing ($198,231.76) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A § 6322, Citibank shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance | $89,896.57 |
| Interest | $58,672.20 |
| Escrow/Impound Required | $42,975.80 |
| Loan Level Advance Balance | $6,769.75 |
| Unapplied Funds | $-82.56 |
| Grand Total | $198,231.76 |

1. If the Defendants or their heirs or assigns do not pay Citibank the amount adjudged due and owing ($198,231.76) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the Lisbon Property shall terminate, and Citibank shall conduct a public sale of the Lisbon Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $198,231.76 after deducting the expenses of the sale, with any surplus to the Defendants or the heirs or assigns, in accordance with 14 M.R.S.A. § 6324. Citibank may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency.

2. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

3. The amount due and owing is $198,231.76.

4. Citibank, NA, as trustee, for the WaMu Mortgage Pass-Through Certificates, Series 2004-CB2 has first priority, in the amount of $198,231.76, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendants who have second priority.

5. The prejudgment interest rate is 5.75%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is .15%, *see* 14 U.S.C. § 1961.

6. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Citibank, NA, as trustee, for the WaMu Mortgage Pass-Through Certificates, Series 2004-CB2<br>5800 South Corporate Place<br>Sioux Falls, SD 57108 | Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center, Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | Brian S. Eastman<br>63 Anthoine Road<br>Windham, ME 04062 | Pro Se |
|  | Jeanine M. Eastman<br>63 Anthoine Road<br>Windham, ME 04062 | Pro Se |

a) The docket number of this case is no. 2:22-cv-00073-JAW

  b) The Defendants, the only parties to these proceedings besides Citibank, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

  c) A description of the real estate involved, 6 Fillion Street, Lisbon, ME 04252, is set forth in Exhibit A to the Judgment herein.

  d) The street address of the real estate involved is 6 Fillion Street, Lisbon, ME 04252. The Mortgage was executed by the Defendants, Brian S. Eastman and Jeanine M. Eastman on April 2, 2004. The book and page number of the Mortgage in the Androscoggin County Registry of Deeds is Book 5860, Page 248.

  e) This judgment shall not create any personal liability on the part of the Defendants but shall act solely as an *in rem* judgment against the property, 6 Fillion Street, Lisbon,

3

ME 04252.

| | |
|---|---|
| Dated: April 4, 2022 | /s/Reneau J. Longoria, Esq.<br>Reneau J. Longoria, Esq., Bar No. 5746<br>Attorney for Plaintiff<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center, Suite 303C<br>Beverly, MA 01915<br>(978) 921-2670<br>RJL@dgandl.com |
| Dated: April 8, 2022 | /s/Brian S. Eastman<br>Brian S. Eastman<br>63 Anthoine Road<br>Windham, ME 04062 |
| Dated: April 8, 2022 | /s/ Jeanine M. Eastman<br>Jeanine M. Eastman<br>63 Anthoine Road<br>Windham, ME 04062 |

**SO ORDERED**

**DATED THIS 21st DAY OF APRIL, 2022**     /s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

4